MAYNARD N. CLEMENT, as State Commissioner of Excise, Respondent, *v.* THE EMPIRE STATE SURETY COMPANY, Appellant, Impleaded with Another.

*Clement* v. *Empire State Surety Co.*, 134 App. Div. 910, affirmed.
(Submitted December 7, 1909; decided January 4, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

July 21, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a liquor tax bond.

*Hugo Hirsch* and *Ferd W. Buermeyer* for appellant.

*Royal R. Scott* and *Russel Headley* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.